IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00855-BNB

MONTGOMERY CARL AKERS,

      Applicant,

v.

WARDEN R. WILEY,

      Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion for Delivery of Transcripts Upon the Applicant for Exhibit Attachment to Response to Order to Show Cause" filed on June 11, 2007, is DENIED.

Dated: June 12, 2007

Copies of this Minute Order were mailed on June 12, 2007, to the following:

Montgomery C. Akers
Reg. No. 02866-081
ADX - Florence
PO Box 8500
Florence, CO 81226

                                        Secretary/Deputy Clerk