IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00855-ZLW

MONTGOMERY CARL AKERS,

    Applicant,

v.

WARDEN R. WILEY,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Order for Production and Delivery of Filed Copy of the Applicant's Response to Order of the Court to Show Cause and for Copy of Master Docket Sheet of the Proceedings and Filings of This Case" filed on July 25, 2007, is DENIED because this action was dismissed by order filed on July 20, 2007.

Dated: July 27, 2007

Copies of this Minute Order were mailed on July 27, 2007, to the following:

Montgomery C. Akers
Reg. No. 02866-081
USP - ADXMAX
PO Box 8500
Florence, CO 81226

                Secretary/Deputy Clerk