IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00855-ZLW

MONTGOMERY CARL AKERS,

    Applicant,

v.

WARDEN R. WILEY,

    Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Renewed Motion for Order for Production and Delivery of Filed Copy of Applicant's Response to Order of the Court (Including All Exhibits) to Show Cause by the Applicant" filed on August 9, 2007, is GRANTED. The clerk of the Court is directed to mail to Applicant, together with a copy of this minute order, the "Response to Order to Show Cause" filed by Applicant in this action on June 26, 2007. Applicant is advised that he should not submit to the Court any documents he may want returned to him in the future because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated: August 10, 2007

Copies of this **Minute Order and a copy of the Response to Order to Show Cause filed 06/26/07** were mailed on August 10, 2007, to the following:

Montgomery C. Akers
Reg. No. 02866-081
USP - ADXMAX
PO Box 8500
Florence, CO 81226

                                               Secretary/Deputy Clerk